No. 1163. CRUZ, DEMANDANTE Y APELADO, *v.* NEW YORK AND PORTO RICO STEAMSHIP COMPANY, DEMANDADA Y APELANTE.— Apelación procedente de la Corte de Distrito de Ponce en un caso sobre indemnización de daños y perjuicios. Moción de la apelante desistiendo de la apelación con el consentimiento del apelado. Resuelto en junio 9, 1914. Se tiene por desistida a la apelante. Abogado del apelado: *Sr. José Tous Soto.* Abogados de la apelante: *Sres. Hartzell & Rodríguez Serra.*

No. 691. EL PUEBLO, DEMANDANTE Y APELADO, *v.* VEGA, ACUSADO Y APELANTE.—Apelación procedente de la Corte de Distrito de Ponce en causa por delito contra la salud pública. Resuelto en junio 10, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.